UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIGOBERTO HERNANDEZ HERNANDEZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>U.S. BORDER PATROL, et al.,<br><br>　　　　　　　Respondents. | CASE NO. 2:25-cv-01821-JHC-MLP<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

　　　　The Court DIRECTS Petitioner to file a Reply to the Response at Dkt. # 11 on or before 11:59 p.m., September 24, 2025.

　　　　Dated this 23rd day of September 2025.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　/s/Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1